| | | |
|---|---|---|
| | **UNITED STATES DISTRICT COURT** | ☐ P.O. BOX 945 |
| | OFFICE OF THE CLERK | BURLINGTON 05402-0945 |
| | DISTRICT OF VERMONT | (802) 951-6301 |
| **JEFFREY S. EATON** | FEDERAL BUILDING | ☒ P.O. BOX 607 |
| CLERK | **BURLINGTON, VERMONT 05402-0945** | RUTLAND 05702-0607 |
| | | (802) 773-0245 |

September 15, 2022

Jill Mongeon, Court Operations Manager
Vermont Superior Court, Civil Division
Chittenden Unit
175 Main Street
P.O. Box 187
Burlington, VT  05402-0187

    RE:   *Anderson v. Greenlee et al*

Dear Ms. Mongeon:

    The above entitled action has been removed to this court and is pending as docket number *5:22-cv-176-gwc*.  I am enclosing a copy of our docket sheet for your information.

    I am at this time requesting a *certified* copy of your docket sheet and the complete *original* file.  If your file is electronic, please contact our Operations Specialist (Lisa Wright, 802-951-8116) for assistance. If there is a charge for this, please bill the removing attorney:

    Lauren Almquist Lively , AUSA
    United States Attorney's Office
    District of Vermont
    P.O. Box 570
    Burlington, VT 05402-0570

                                  Sincerely,
                                  */s/Elizabeth Morris*
                                  Deputy Clerk

Enclosure
    Docket Sheet

Cc (no enclosure):
    Jason Anderson, Pro Se

    Lauren Almquist Lively , AUSA