"Complaint"

USDC - DVT    PG #1
5:22-cv-176
22CV2069
VERMONT SUPERIOR COURT
JUN 1 9 2022
CHITTENDEN UNIT

"Medical malpractice"

Sometime around 2015 to 2016 I went to see a Psychiatrist at the Burlington, VT. Community Health Center on Riverside Dr. The Doctor's name is Adam Greenlie. I told this doctor that my diagnoses was Intermidiate Explosive dissorder and High Anxiety and he prescribed me a psychiatric medication called Klonazapam.

Klonazapam is a level one narcotic and if not carefull, it can be fatal. When taken Klonazapam your told not to Drink or take other prescription drugs or street drugs as this could cause a person to Black out and do things he normally would not do or it could cause death.

While I was under the care of two Doctors at the Community Health Center, Dr. Adam Greenlie "Psychiatrist" And Dr. Heath "Medical primary Care phasition" the both prescribed me prescription medication that caused me to black out and do things that caused me to be arrested and put in prison for

twelve years. Dr. Adam Greenlie Prescribed me 6mg. of Klonazapam a day and Dr. Heath prescribed me 12 mg. Suboxone to be taken daily. Mixing both these drugs together is Very dangerouse and causes a person to black out or there respatory system to shut down. I reported to my Doctor, mr. Greenlie that I was blacking out and becoming violent and he did nothing about it. My mother Called my Doctor and told him that I was blacking out and he did nothing about this. The amount of prescription medication I was put on in less then two months time was unprofestio unprofessional and Dangerously proscribed. I am suing the Community Health Center as well as Doctor Adam GreeNlie for the amount of $500,000 for medical neglagency, putting my life in danger, not properly watching the Drugs there Doctors were prescribing and me loosing twelve years of my life as I was arrested for crime's Comitted while in a black out. Some of my Criminal charges were dissmissed due to the State's Doctor as well as a proffesional witness in medical field that testified

that I was in a black out when I Comitted my Crime's. These Doctors testified that the amount of medication the Comunity Heath Center Doctors prescribed me was illegal and unprofesionally prescribed. I'm asking the Court to punish the Comunity Health Center as well as Doctor Adam Greenlie for medical malpractice and medical Neglegence when they prescribed me large amounts of a very dangerouse prescription medication that caused me to Black out and Comitt a crime that has taken twelve years of my life away. I'm asking the court to award me with the amount of $250,000 from the Comunity Health Center for medical neglegence

and I'm asking the Court to award me with $250,000 from Doctor Adam Greenlie for medical Neglegence and medical malpractice.

Respectfully
Jason Anderson

*/s/ Jason Anderson*

VERMONT SUPERIOR COURT

JUN 13 2022

CHITTENDEN UNIT

6-7-22

Attn: Clerk of Court,

My name is: Jason Anderson I am opening a Civil complaint against the Burlington, VT. Community Health Center on Riverside Dr. and against Doctor Adam Greenlee for Medical Malpractice and Medical Neglegence.

Can you please Send me two Seperate Copy's of Notice of lawsuit and Request for Waiver of Service of Summons (form 100-00269) Waiver of Service Summons (form 100-00270)

Can you Send me the application to waive filing fees and Service Costs

Thank You

My Address
Jason Anderson
# 92067
NSCF
2559 Glen Rd.
Newport, VT.
05488

Respectfully

Jason Anderson